THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON BARNES,<br><br>　　　　Defendant. | No. CR22-136-RAJ<br>No. CR25-186-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW EMERGENCY MOTION FOR TEMPORARY RELEASE AND RELATED PLEADINGS |

THE COURT has considered Aaron Barnes's motion to withdraw his emergency motion for temporary release from custody and its related pleadings.

IT IS ORDERED that the motion and related pleadings are withdrawn.

IT IS FURTHER ORDERED that the Order for Temporary Release entered on October 7, 2025, is STRICKEN as moot.

DATED this 8th day of October, 2025.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW EMERGENCY MOTION FOR TEMPORARY RELEASE AND RELATED PLEADINGS
(*US v. Barnes*, CR22-136-RAJ & CR25-186-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100