Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00186-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| AARON BARNES, | |
| Defendant. | |

THE COURT has considered Defendant Aaron Barnes' unopposed motion to extend the pretrial motions deadline along with the records in this case. Finding good cause,

IT IS ORDERED that the motion (Dkt. 25) is GRANTED. The due date for pretrial motions is extended from October 9, 2025, to October 22, 2025.

DATED this 16th day of October, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Barnes*, No. 2:25-CR-00186-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100