Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:25-cr-00186-RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| AARON BARNES, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has been preliminarily forfeited by Defendant Aaron Barnes:

a.   One Taurus .38 Special revolver, bearing serial number MC90984, and any associated ammunition, seized from Defendant on or about August 6, 2025, in Seattle Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On December 16, 2025, the Court entered a Preliminary Order of Forfeiture (Dkt. No. 34) finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting Defendant Aaron Barnes' interest in that property;
- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 42);

FINAL ORDER OF FORFEITURE - 1
*United States v. Barnes,* 2:25-cr-00186-RAJ

- The United States sent direct notice to the estate of sole identified potential claimant, by means reasonably calculated to reach it, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture ¶¶ 2-7, Exhibit A);

- While the United States has not been able to confirm that the estate of the identified potential claimant received any of the notice letters, the United States has no other contact information and has used all available efforts to provide notice to this potential claimant (*see id.*);

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.     No right, title, or interest in the Subject Property exists in any party other than the United States.

2.     The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.     The United States Department of Justice, the Federal Bureau of Investigation (FBI), and/or its authorized agents or representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 8th day of May, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Barnes,* 2:25-cr-00186-RAJ